## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ANITA RICHARD

VERSUS

THE UNITED STATES,
BRIAN REEL AND
COHEN SERVICES

CIVIL ACTION

NO.

SECTION:

## COMPLAINT

The Complaint of Anita Richard, a person of the full age of majority and a resident of Orleans Parish, State of Louisiana, respectfully represents:

I

This Honorable Court has Jurisdiction in this matter pursuant to 28 U.S.C. 1331; 28 U.S.C. 1346; and, 28 U.S.C. 2671.

II

Defendant, Brian Reel, in his individual capacity, is a person of the full age of majority and a resident of Orleans Parish, State of Louisiana.

III.

Defendant, Brian Reel, in his official capacity, was at all times relevant herein a United States Government employee acting as Special Agent of the United States Department of Health and Human Services, Office of Investigations.

IV

Defendant, the United States, at all times relevant herein was employer of defendant, Brian Reel.

V

Defendant, Cohen Services, is a business entity authorized to do and doing business in the State of Louisiana.

VI

The above named defendants are liable jointly, severally, individually and *in solido* for such damages as are reasonable under the premises together with legal interest from the date of judicial demand until paid, and for all costs for the following reasons, to wit:

VII

At all times hereinafter mentioned, Magazine Street and Calliope Street were public streets in Orleans Parish, State of Louisiana.

VIII

On or about June 6, 2015, complainant, Anita Richard, was operating a 2011 Toyota 4 Runner travelling westbound on Magazine Street in Orleans Parish, State of Louisiana.

2

IX

On or about June 6, 2015, defendant, Brian Reel, was operating a 2012 Chevrolet Malibu with full consent and express permission of its owner, Cohen Services, acting on behalf of the United States Department of Health and Human Services while in the service of the United States, and suddenly and without warning struck the rear of complainant's vehicle causing severe, disabling injuries and property damage in Orleans Parish, State of Louisiana

.                                                            X

The above mentioned accident was caused by through the sole negligence of the defendant, Brian Reel, in the following non-exclusive particulars:

a.  Failing to exercise reasonable care;

b.  Following too close;

c.  Not seeing what should have been seen;

d.  Operating a vehicle in a careless and reckless manner;

e.  Failing to maintain reasonable and proper control;

f.  Any and all other acts of negligence which may be proven at a trial on the merits; and, in violation of the dictates of common sense and in violation of the ordinances and laws of Orleans Parish and the State of Louisiana, all of which are specifically plead herein.

3

XI

As a result of the above described accident, complainant, Anita Richard, suffered severe and disabling injuries, including but not limited to, past, present and future medical expenses, physical pain and suffering, mental pain and anguish, permanent disability and property damage.

**WHEREFORE,** complainant, Anita Richard, prays that after due proceedings, there be judgment in favor of complainant and against defendants, the United States, Brian Reel and Cohen Services, jointly, severally, individually and *in solido* for such damages are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of these proceedings, that the fees of expert witnesses be classed as costs. and for any and all general and equitable relief allowed by law.

Respectfully submitted,

**PRESTON G. SUTHERLAND (#12590)**
4702 Canal Street
New Orleans, Louisiana   70119-5810
Telephone: (504) 488-0339
Facsimile: (504) 486-9736
COUNSEL FOR COMPLAINANT

4

**KEVIN A. RIETH        (#5976)**
**GAUDIN AND GAUDIN**
1088 Fourth Street
Gretna, Louisiana  70053
Telephone:  (504) 368-6500
Facsimile:   (504) 368-6511
COUNSEL FOR COMPLAINANT